IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:23-cv-01099-LCB-JEP

| | |
|---|---|
| JOHN DOE,  )  )  Plaintiff,  )  )  v.  )  )  DUKE UNIVERSITY  )  )  Defendant.  ) | JURY TRIAL DEMANDED |

## NOTICE OF SPECIAL APPEARANCE

Comes now the undersigned attorney Artur Davis, and enters this notice of special appearance as co-counsel on behalf of Plaintiff John Doe in the above styled cause of action, in association with local counsel Sunny Panyanouvong-Rubeck, under Local Civil Rule 83.1(d).

The undersigned certifies that he is a licensed attorney in Alabama and the District of Columbia, and a member in good standing of the federal bars of the Northern, Middle, and Southern Districts of Alabama. The undersigned further certifies that he will submit any document to attorney Panyanouvong-Rubeck prior to filing, in conjunction with Rule 83.1(d).

Submitted, the 19th day of December, 2023.

1

HKM Employment Attorneys LLP

*s/Artur Davis*
Artur Davis
ASB-3672-D56A
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
205-881-0935
adavis@hkm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 19th day of December, 2023, this Notice of Special Appearance was filed on behalf of Plaintiff **John Doe** through this court's CM/ECF electronic filing system.

By: s/ *Artur Davis*
Artur Davis
**HKM Employment Attorneys LLP**
2024 3rd Ave. N, Suite 212
Birmingham, AL 35203
205-881-0935
adavis@hkm.com

2

Case 1:23-cv-01099-LCB-JEP   Document 2   Filed 12/19/23   Page 2 of 2