## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## CIVIL ACTION NO: 1:23-cv-01099-LCB-JEP

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| DUKE UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF ATTORNEY ASSOCIATION

Comes now the undersigned attorney Artur Davis, and enters this notice of association with local counsel Sunny Panyanouvong-Rubeck, on behalf of Plaintiff John Doe in the above styled cause of action, under Local Civil Rule 83.1(d).

The undersigned certifies that he is a licensed attorney in Alabama and the District of Columbia, and a member in good standing of the federal bars of the Northern, Middle, and Southern Districts of Alabama. The undersigned further certifies that he will submit any document to attorney Panyanouvong-Rubeck prior to filing, in conjunction with Rule 83.1(d).

Submitted, the 19th day of December, 2023.

**HKM Employment Attorneys LLP**

*s/Artur Davis*
Artur Davis
ASB-3672-D56A
2024 3rd Ave. North, Suite 212
Birmingham, AL 35203
205-881-0935

1

adavis@hkm.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this, the 19th day of December, 2023, this Notice of

Attorney Association was filed on behalf of Plaintiff **John Doe** through this court's

CM/ECF electronic filing system.

By: s/ *Artur Davis*
Artur Davis
**HKM Employment Attorneys LLP**
2024 3rd Ave. N, Suite 212
Birmingham, AL 35203
205-881-0935
adavis@hkm.com

2