UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| JOHN DOE, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 1:23CV01099 |
| DUKE UNIVERSITY, | ) | |
| Defendant. | ) | |

ORDER

This matter is before the Court on the Parties' Joint Rule 26(f) Report [Doc. #13] and Joint Local Rule 5.5 Report [Doc. #14]. The Court has reviewed the Joint Reports and approves them as submitted.

The Court notes that all discovery must be completed by December 21, 2024, and that deadline may not be altered by agreement of the Parties absent a Court Order.

IT IS THEREFORE ORDERED that the Parties' Joint Rule 26(f) Report [Doc. #13] and Joint Local Rule 5.5 Report [Doc. #14] are approved as submitted and as noted herein.

This, the 15th day of March, 2024.

/s/ Joi Elizabeth Peake
United States Magistrate Judge