| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:23-cv-1099 |
|---|---|
| Name of Plaintiff(s):<br><br>John Doe<br>_____<br>**VERSUS**<br>Name of Defendant(s):<br><br>Duke University<br>_____ | **REPORT<br>OF<br>MEDIATOR**<br><br>(*For Placement on the<br>CM/ECF Docket*) |
| Mediator Name: Steve Dunn | |
| Telephone No.: (704) 608-6063 | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |
| E-Mail Address: sdunn@milesadr.com | |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

   ☒ was held on  8/30/2024 _____ (date)

   ☐ was NOT held because _____

2. **Attendance**

   ☐ No Objection was made on the grounds that any required attendee was absent.

   ☐ Objection was made by _____

3. **Outcome**

   ☐ Complete settlement of the case

   ☐ Conditional settlement or other disposition

   ☐ Partial settlement of the case

   ☐ Recess (i.e., mediation to be resumed at a later date)

   ☒ Impasse

   ☐ Additional Information: _____

4. **Settlement Filings**

   a) The document(s) to be filed to effort the settlement are _____
   _____

   b) The person responsible for filing the document(s) is _____

   c) The agreed deadline for filing the document(s) is _____

   **Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

   **I have submitted this completed report with ten (10) days after conclusion of the conference.**

   _____*Stephen J. Dunn*_____      9/13/2024 _____
   Mediator Signature                             Date

   **RECEIVED**
   *By Melisa Bond at 9:03 am, Sep 16, 2024*