UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | 1:23CV1099 |
| | ) | |
| v. | ) | |
| | ) | |
| DUKE UNIVERSITY | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on a Motion to Withdraw filed by counsel for Plaintiff. The Court will set that Motion for a hearing on November 21, 2024, at 9:30 a.m. in Winston-Salem, North Carolina. Plaintiff John Doe must appear in person. After ruling on the Motion to Withdraw, the Court will also address the pre-trial deadlines that will apply going forward.

Plaintiff John Doe filed a *pro se* Motion to Seal [Doc. #25] seeking to seal his address. However, if Plaintiff is proceeding *pro se*, his address and contact information will have to be part of the public court file. Therefore, the Motion to Seal will be denied at this time. However, if Plaintiff retains new counsel who enters an appearance by November 7, 2024, the hearing will be cancelled and Plaintiff's personal contact information can be sealed. Plaintiff has also filed a Motion to Stay [Doc. #26], which will be granted to the extent that the case will be stayed for 45 days, until the hearing on November 21, 2024, to allow Plaintiff time to retain new counsel. However, a stay of 90 days would unnecessarily delay the proceedings.

IT IS THEREFORE ORDERED that the Motion to Withdraw as Counsel [Doc. #24] is set for a hearing on November 21, 2024, at 9:30 a.m. in Winston-Salem, North Carolina. <u>Plaintiff John Doe must appear in person</u>.

IT IS FURTHER ORDERED that the Motion to Seal [Doc. #25] is DENIED, and the Motion to Stay [Doc. #26] is GRANTED IN PART to the extent that the case is stayed for 45 days, until November 21, 2024, to allow Plaintiff time to retain new counsel. If Plaintiff retains new counsel who enters an appearance by November 7, 2024, the hearing will be cancelled and Plaintiff's personal contact information will be sealed.

This, the 7th day of October, 2024.

/s/ Joi Elizabeth Peake
Joi Elizabeth Peake
United States Magistrate Judge

2

Case 1:23-cv-01099-LCB-JEP   Document 30   Filed 10/07/24   Page 2 of 2