## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF NORTH CAROLINA
## CASE NO. 1:23-cv-01099-LCB-JEP

JOHN DOE,

      Plaintiff,

v.

DUKE UNIVERSITY,

      Defendant.

DEFENDANT DUKE UNIVERSITY'S
NOTICE OF CHANGE OF DATES FOR
ITS MOTION TO COMPEL AN
INDEPENDENT PSYCHOLOGICAL
EXAMINATION OF PLAINTIFF

**NOW COMES** Defendant Duke University ("Duke"), by and through the undersigned counsel, and files this Notice related to its Motion to Compel an Independent Psychological Examination of Plaintiff. [DE 32.] In its Motion, Duke had proposed that the independent psychological examination at issue in the Motion be scheduled beginning on February 18, 2025, and continuing on February 21, 2025, or beginning on February 25, 2025, and continuing on February 27, 2025. Given the new extended deadlines issued by the Court and Dr. Maureen Reardon's schedule, February 18, 2025, and February 21, 2025, are no longer reasonable options. Dr. Reardon has provided additional dates and the independent psychological examination could now be conducted by Dr. Reardon beginning at 9:00 a.m. over the course of two days:

- beginning on February 25, 2025, and continuing on February 27, 2025; or

- beginning on March 6, 2025, and continuing on March 11, 2025; or

- beginning on March 11, 2025, and continuing on March 12, 2025.

All of which could be conducted at 8305 Six Forks Road, Suite 203, Raleigh, NC 27615.

As Duke stated in its Motion, the independent psychological examination could alternatively be conducted at such other date, place, and time as the Court shall determine.

This the 17th day of January, 2025.

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
Derrick C. Foard
N.C. State Bar No. 54183
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
Dixie.Wells@elliswinters.com
Derrick.Foard@elliswinters.com

Counsel for Defendant Duke University

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 17th day of January 2025, I filed the foregoing document with the clerk of court using the CM/ECF system, which will send a notice of electronic filing, and the foregoing document was also mailed to the *pro se* Plaintiff at the physical address and email address identified below:

John Doe
10404 Tadpole Drive
Keller, Texas 76244
d.john@protonmail.com

Pro se Plaintiff

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816