UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:23-cv-01099-LCB-JEP

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>    Defendant. | DEFENDANT DUKE UNIVERSITY'S CORRECTED CERTIFICATE OF SERVICE |

**NOW COMES** Defendant Duke University ("Duke"), by and through the undersigned counsel, and files this Corrected Certificate of Service as it relates to the following documents that were filed with this court on January 24, 2025:

1. Duke's Motion to Compel Complete Discovery Responses and Production of Documents and supporting exhibits [ECF Nos. 58, 58-1 through 58-27] Redacted Version - Public;
2. Duke's Brief in support of its Motion to Compel Complete Discovery Responses and Production of Documents [ECF No. 59] Redacted Version - Public;
3. Duke's Motion to Seal [ECF No. 60];
4. Duke's Motion to Compel Complete Discovery Responses and Production of Documents and supporting exhibits [ECF Nos. 61, 61-1 through 61-27] Highlighted version – Under Seal; and
5. Duke's Brief in support of its Motion to Compel Complete Discovery Responses and Production of Documents [ECF No. 61-28] Highlighted version – Under Seal.

The documents referenced above were served on Plaintiff via the CM/ECF system on January 24, 2025.

This notice is to certify that copies of the referenced documents filed on January 24, 2025 are being provided to Plaintiff on January 27, 2025, by depositing a copy thereof in the United States mail, first-class, postage-prepaid, addressed as follows:

   Mr. John Doe
   10404 Tadpole Drive
   Keller, Texas 76244

This the 27th day of January, 2025.

                                            /s/ Dixie T. Wells
                                            Dixie T. Wells
                                            N.C. State Bar No. 26816
                                            Derrick C. Foard
                                            N.C. State Bar No. 54183
                                            ELLIS & WINTERS LLP
                                            Post Office Box 2752
                                            Greensboro, North Carolina 27402
                                            Telephone: (336) 217-4197
                                            Facsimile: (336) 217-4198
                                            Dixie.Wells@elliswinters.com
                                            Derrick.Foard@elliswinters.com

                                            Counsel for Defendant Duke University

# CERTIFICATE OF SERVICE

I certify that on the 27th day of January 2025, I filed the foregoing document with the clerk of court using the CM/ECF system, which will provide service on Plaintiff via electronic mail, and the foregoing document was also mailed to the pro se Plaintiff at the physical address identified below:

John Doe
10404 Tadpole Drive
Keller, Texas 76244

Pro se Plaintiff

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816

3

Case 1:23-cv-01099-LCB-JEP    Document 62    Filed 01/27/25    Page 3 of 3