UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:23-cv-01099-LCB-JEP

| | |
|---|---|
| JOHN DOE,<br><br>    Plaintiff,<br><br>v.<br><br>DUKE UNIVERSITY,<br><br>    Defendant. | DEFENDANT DUKE UNIVERSITY'S NOTICE OF CHANGE OF DATES FOR ITS MOTION TO COMPEL AN INDEPENDENT PSYCHOLOGICAL EXAMINATION OF PLAINTIFF |

**NOW COMES** Defendant Duke University ("Duke"), by and through the undersigned counsel, and files this updated Notice related to its Motion to Compel an Independent Psychological Examination of Plaintiff [DE 32] and its Notice of Change of Dates for its Motion to Compel an Independent Psychological Examination of Plaintiff [DE 57]. In its Motion, Duke had proposed that the independent psychological examination be scheduled beginning on February 18, 2025, and continuing on February 21, 2025, or beginning on February 25, 2025, and continuing on February 27, 2025. On January 17, 2025, Duke filed a Notice of Change of Dates of its Motion to Compel an Independent Psychological Examination of Plaintiff to provide new dates that Dr. Maureen Reardon would be available to perform the psychological examination of Plaintiff based on new deadlines that the Court issued and Dr. Reardon's schedule at the time. Now, given the Court's most recent order granting Plaintiff's Motion for an extension of time to respond to Duke's Motion to Compel an Independent Psychological Examination of Plaintiff [DE 74], the February 25, 2025, and February 27, 2025 dates that Dr. Reardon proposed to

perform the examination are no longer feasible because Duke's Reply to Plaintiff's Response to Duke's Motion to Compel the psychological examination will due on February 28, 2025.  Dr. Reardon has provided additional dates and the independent psychological examination could now be conducted by Dr. Reardon beginning at 9:00 a.m. over the course of two days:

- beginning on March 6, 2025, and continuing on March 10, 2025; or
- beginning on March 10, 2025, and continuing on March 11, 2025; or
- beginning on March 11, 2025, and continuing on March 12, 2025.

All of which could be conducted at 8305 Six Forks Road, Suite 203, Raleigh, NC 27615.  As Duke stated in its Motion, the independent psychological examination could alternatively be conducted at such other date, place, and time as the Court shall determine.

This the 10th day of February, 2025.

/s/ Dixie T. Wells
Dixie T. Wells
N.C. State Bar No. 26816
Derrick C. Foard
N.C. State Bar No. 54183
ELLIS & WINTERS LLP
Post Office Box 2752
Greensboro, North Carolina 27402
Telephone: (336) 217-4197
Facsimile: (336) 217-4198
Dixie.Wells@elliswinters.com
Derrick.Foard@elliswinters.com

Counsel for Defendant Duke University