IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JOHN DOE,

    Plaintiff,

v.

DUKE UNIVERSITY,

    Defendant.

1:23CV1099

## ORDER

This matter is before the Court on the joint motion of Plaintiff John Doe and Defendant Duke University ("Duke") (collectively the "Parties") to extend the word-count limits for briefing related to Duke's Motion for Summary Judgment, (ECF No. 96).

Defendant's motion will be granted in part and denied in part as follows:

1. Defendant shall have up to **7,250** words for its opening brief in support of its Motion for Summary Judgment.
2. Plaintiff shall have up to **7,250** words for his brief in response to Duke's opening brief
3. Defendant shall have up to **3,625** words for its reply brief in support of its Motion for Summary Judgment

**IT IS THEREFORE ORDERED** that the joint motion of Plaintiff John Doe and Defendant Duke University ("Duke") (collectively the "Parties") to extend the word-count limits for briefing related to Duke's Motion for Summary Judgment, (ECF No. 96), is **GRANTED in part** and **DENIED in part** as stated herein.

This, the 11th day of June 2025.

/s/ Loretta C. Biggs
Senior United States District Judge