UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CASE NO. 1:23-cv-01099-LCB-JEP

JOHN DOE,

    Plaintiff,

v.

DUKE UNIVERSITY,

    Defendant.

## [PROPOSED] ORDER GRANTING MOTION TO FILE UNDER SEAL

This matter comes before the Court on the motion (Dkt. 101) of Defendant Duke University to seal Exhibits 2, 5-28, 30-72, 74, and 76-90 of its Motion for Summary Judgment and the Brief itself. Having considered the motion and other matters of record, the Court finds that sealing is necessary to protect the confidential information and therefore the motion to seal should be GRANTED.

IT IS SO ORDERED.

This the day _____ of _____ 2025.

                                                              _____